UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHARLES BREWSTER SQUIRES, JUNIOR
[HOMELESS]
POST OFFICE BOX NO.55312
WASHINGTON D. C.  20040-5312
c [202] 664-6689

    PLAINTIFF, PRO.se ,

vs

CASE NO. 08 1219

LEROY BROWN
1507 FAYETTEVILLE STREET
DURHAM , NORTH CAROLINA  27707

*Motion granted.*
*Rosemary C. Collyer*
*U.S.D.J. 7/11/08*

and/

TROY McNISH
210 PIKEVIEW LANE
APEX , NORTH CAROLINA  27502

M O T I O N
FOR POST OFFICE BOX
AS LEGAL ADDRESS.

DEFENDANTS.

PLAINTIFF'S  M O T I O N  ASKING THE COURT
TO PERMIT PLAINTIFF SQUIRES TO USE MY LONG-
STANDING POST OFFICE BOX AS MY LEGAL, OFFICIAL,
AND FORMAL MAILING ADDRESS.

---

I, Charles Brewster SQUIRES, Junior, homeless, asks this Court permission to permit me to use my long-standing United States Of America Postal Box - - as my legal, official and formal ADDRESS, as I have no real, nor legal living quarters, as I currently resides on the streets of the District of Columbia. I do have a storage bin-but I do not reside there. Thank You.

SUBMITTED ,
VERY SINCERELY AND VERY RESPECTFULLY ,

*[signature]* : 7/01/08

Charles Brewster SQUIRES, JR.
[HOMELESS]
    JULY 01ST 2008

RECEIVED
JUL - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3