UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2008 SEP -3 PM 4: 07

CLERK
US DISTRICT & BANKRUPTCY
COURT

RECEIVED

)
)

CHARLES BREWSTER SQUIRES, JR.

PRO.PER PLAINTIFF

08-cv-01219-RMC

vs

LEROY BROWN et. al

DEFENDANTS

**RECEIVED**

SEP 3 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>DEFENDANT McNISH COULD NOT BE REACHED FOR HIS CONSENT.</u>

MOTION FOR DEFAULT & DEFAULT JUDGMENT
AGINST TROY McNISH CO-DEFENDANT FOR
FAILURE TO ANSWER SUMMONS AND COMPLAINT
PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, RULE 55.                              /

COMES NOW THE PLAINTIFF, PRO.SE, TO OFFER UP TO THE COURT, MY MOTION FOR DEFAULT AND DEFAULT JUDGMENT AGAINST THE CO-DEFENDANT, TROY McNISH FOR FAILURE TO ANSWER SUMMONS AND COMPLAINT WITHIN THE ALOTTED TIME ALLOWED BY STATUTE OF LAW.

I HUMBLY AND MOST RESPECTFULLY REQUESTS THE COURT TO GRANT MY MOST SINCERELY REQUEST FOR JUDGMENT DEFAULT MOTION AGAINST THE SAID DEFENDANT TROY McNISH FOR HIS DELIBERATE AND CONSCIENCE REFUSAL TO DEFEND, FIGHT, ANSWER OR OTHERWISE, McNISH'S UNINTERESTED DEMEANOR IN THIS MATTER. Such lack of interest depicts he agrees with the summons and complaint's charges against him; and that he knows he'd not win a defense in a court of law.

- 2 -

AFFIDAVIT OF PLAINTIFF (Pro. se),
CHARLES BREWSTER SQUIRES, JUNIOR
IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT

[R.§55 (LII207 ed.)

PURSUANT TO AND IN ACCORDANCE WITH FRCP R.55, I hereby submit this affidavit in support of my MOTIONFOR JUDGMENT AND DEFAULT JUDGMENT AGAINST THE CO-DEFENDANT TROY McNISH FOR FAILURE TO ANSWER SUMMONS AND COMPLAINT Id
I filed my licit adrem suit against TROY McNISH as Co-Defendant for failure to honor contractual agreement (Breach of contract), and (Intentional Negligence), thus did not honor his portion of the legally signed contract, as matter of right, as matter of law In December of 2007 Mr.McNISH and Mr.BROWN arrived in District of Columbia, Washington to take "PROMOTIONAL PHOTOSHOOTS" to promot me, a homeless man, and my numerous inventions. He agreed to send me copies of the shooting and copies to those interviewd by his companion BROWN. I was to recieve both versions of the shootings, the uncut and the cut versions!!! Months went by and I got nothing at all!! No promotions of my inventons, nothing!! Subsequently I asked for all of my intellectual properties to be returned forthwith. My inventions are so elete that doctors herald them as medical breakthroughs!! I FEAR BROWN AND MCNISH SOLD MY INVENTIONS WITHOUT MY KNOWLEDGE AND WITHOUT MY PERMISSION. TO DO SO THEY WOULD HAVE TO FORGE MY SIGNATURE. I PRAY I'M WRONG! I HEREBY ASKS AND PETITIONS THIS MOST HONORABLE AND NOT SACRED AND MOST NOBLE COURT TO GRANT MY MOTION FOR JUDGMENT AND DEFAULT

- 3 -

JUDGMENT AS A MATTER OF RIGHT, AS A MATTER OF FAIRNESS AND AS A MATTER OF LAW. AND I ASKS THIS COURT TO GRANT MY <u>COMPENSATROY AND PUNITIVE</u> DEMANDS. AMEN, *AND TO ORDER THE RETURN OF MY INTELECTUAL PROPERTIES,* SUBMITTED.

       VERY RESPECTFULLY AND VERY SINCERELY,

*[signature]*
CHARLES BREWSTER SQUIRES, JUNIOR, PRO.SE PLAINTIFF IN 08-cv-01219-RMC.
POST OFFICE BOX 55312 WASHINGTON D.C. 20040-5312
c[202]6646689.


<u>AFFIRMED LISTING</u>:

I, CHARLES BREWSTER SQUIRES, JUNIOR
MAILED A COPY OF THIS MOST IMPORTANT <u>MOTION FOR JUDGMENT & DEFAULT JUDGMENT...</u>. WAS MAILED THIS_____day_____2008.
MAILED TO: 210 PIKEVIEW LANE APEX N.C. 27502

*[signature]*:
CHARLES BREWSTER SQUIRES, JUNIOR
PRO.SE PLAINTIFF
POST OFFICE BOX 55312
WASHINGTON D.,C. 20040-5312
c2026646689


<u>POST SCRIPT:</u> *MAY* THIS COURT PLEASE NOTE THAT McNISH HAS NOT ASKED FOR NOR WAS ADDITIONAL TIME TO RESPOND HAS BEEN GRANTED. TWENTY( 20) DAYS HAS PASSED AND AN ADDITIONAL 15 (FIFTEEN) days I'VE GIVEN HIM TO RESPOND BEFORE SUBMITTING THIS MOTION. AND STILL NO ANSWER FROM MR.TROY MCNISH. THANK YOU.

# EXHIBIT A

CONTRACTUAL AGREEMENT OF PROTECTION
BETWEEN INVENTOR, AGENT, and PHOTOGRAPHER

PROTECTIVE RIGHTS FOR PHOTO-SHOOT
IN REGARDS TO CHARLES BREWSTER SQUIRES, JR.,
HIMSELF, HIS "UNIQUE INVENTIONS" and
ANY INFORMATION PERTAINING TO HIS
CREATIVE WORKS.

---

1. The photographs taken in this photo-shoot will not be
   be dispursed or distributed without my written consent.

2. This photo-shoot will be for the purpose of promoting
   the image of Charles Brewster Squires, Junior as the
   homeless inventor of "UNIQUE INVENTIONS". This includes
   the lifestyle, the struggle, the persistence, spirituality,
   the human nature element thru the eyes of others, the pain-
   ful health challenges that I have to endure and the importance
   of me knowing that God is guiding me through this whole
   process.

3. Lastly, this photo-shoot is mainly for the purpose of
   Further elaborating and expanding the total image of
   "UNIQUE INVENTIONS" as a further follow-up presentation for
   Oprah Winfreys' personal review.

   *In this photo-shoot, be it video, or still photo,
    it is said that a picture can say a thousand words and in
    this case I hope that this profound statement still
    rings true. I also need a copy of each DVD, video or photo that is done

_____ Troy McNiel      12/1/07
PHOTOGRAPHER                              DATE

_____                   12/1/07
AGENT                                     DATE

_____                   Dec. 01, 2007 9:16AM
INVENTOR                                  DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES BREWSTER SQUIRES, JR.

Plaintiff(s),

vs.

LEROY BROWN, et al.

Defendant(s).

Civil Action No. 08-1219 (RMC)

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing bulky pleadings, a bulky exhibit has been filed in paper in this case. The exhibit is available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON

Clerk